ORIGINAL

# In the United States Court of Federal Claims

No. 15-709C

(Filed September 10, 2015)

NOT FOR PUBLICATION

FILED

SEP 10 2015

U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * *  *
                                 *
DEBORAH DENISE                   *
EMIR-DUBOSE,                     *
                                 *
               Plaintiff,        *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
               Defendant.        *
                                 *
* * * * * * * * * * * * * * * *  *
```

## ORDER

Despite being ordered to do so, plaintiff has failed to properly file a complaint in the above-captioned case. On July 22, 2015, the Court issued an order that noted plaintiff's failure to include her signature in her original complaint pursuant to Rule 11(a) of the Rules of the United States Court of Federal Claims (RCFC). *See* Order (July 22, 2015). Accordingly, the Court gave plaintiff until August 7, 2015, to file a proper complaint containing her signature. Several days later, plaintiff submitted what appeared to be an amended complaint, but which likewise failed to comply with numerous court rules (including the requirement of a signature) and thus was returned to plaintiff unfiled. *See* Order (July 29, 2015).

Because plaintiff did not file a complaint containing her signature by the August 7, 2015 deadline, this matter is accordingly **DISMISSED** for failure to prosecute under RCFC 41(b). The Clerk shall close the case.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge